# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOHN HENRY SAVOIE | CIVIL ACTION NO. 08-CV-1138 |
| VS. | JUDGE MELANÇON |
| MICHAEL J. ASTRUE<br>COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION | MAGISTRATE JUDGE METHVIN |

## *JUDGMENT*

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that benefits are awarded consistent with an onset date of March 1, 2006.[1]

Lafayette, Louisiana this 31st day of August, 2009.

Tucker L. Melançon
United States District Judge

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).